1  FISHER & PHILLIPS, LLP
   JENNIFER A. FORNETTI (NBN 7644)
2  BRANDON A. BORN, ESQ. (NBN 15181)
3  300 S. Fourth Street, Suite 1500
   Las Vegas, Nevada 89101
4  Telephone: (702) 252-3131
   E-Mail Address: jfornetti@fisherphillips.com
5  E-Mail Address: bborn@fisherphillips.com
   *Attorneys for Defendant*
6  *Advanced Micro Targeting, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ANDRAE RILEY, an individual; | ) | Case No: 2:25-cv-02198-APG-NJK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| ADVANCED MICRO TARGETING, INC.; DOES 1-X; AND ROE BUSINESS ENTITIES I through X, inclusive, | ) | |
| | ) | **(FIRST REQUEST)** |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant Advanced Micro Targeting, Inc. will have an extension of time up to and including **December 18, 2025**, in which to file its response to Plaintiff's Complaint (ECF No. 1). This Stipulation is submitted and based on the following:

1. Defendant Advanced Micro Targeting, Inc. was served on October 16, 2025.

2. The parties have discussed and agreed to conduct a mediation on December 11, 2025 with Hon. Peggy A. Leen (ret).

3. The parties believe that they may be able to resolve this matter without conducting expensive and time-consuming motion practice and discovery.

- 1 -

FP 60268126.2

- 2 -

1    4.    The parties have agreed to extend the deadline for Defendant to file its response(s) to Plaintiff's Complaint to December 18, 2025, to allow the parties to explore resolution and to allow parties to expend their resources towards resolving the case at mediation before engaging further in litigation.

5.    This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

6.    The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

7.    This Stipulation is made in good faith and not for the purpose of delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -

FP 60268126.2

8. Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

DATED this 10th day of November, 2025.

| KEMP & KEMP, ATTORNEYS AT LAW | FISHER & PHILLIPS, LLP |
|---|---|
| /s/ James P. Kemp<br>James P. Kemp, Esq.<br>7435 W. Azure Drive<br>Suite 110<br>Las Vegas, NV 89130 | /s/ Jennifer A. Fornetti<br>Jennifer A. Fornetti, Esq.<br>Brandon A. Born, Esq.<br>300 S. Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |
| LEON GREENBURG PROFESSIONAL CORPORATION | |
| /s/ Ruthann Deveraux-Gonzalez<br>Leon Greenberg, Esq.<br>Ruthann Deveraux-Gonzalez, Esq.<br>1811 S. Rainbow Blvd.<br>Suite 210<br>*Attorneys for Plaintiff* | |

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

November 12, 2025
_____
DATED

- 3 -

FP 60268126.2