1  FISHER & PHILLIPS, LLP
2  JENNIFER A. FORNETTI (NBN 7644)
   BRANDON A. BORN, ESQ.  (NBN 15181)
3  300 S. Fourth Street, Suite 1500
   Las Vegas, Nevada 89101
4  Telephone: (702) 252-3131
   E-Mail Address: jfornetti@fisherphillips.com
5  E-Mail Address: bborn@fisherphillips.com
   *Attorneys for Defendant*
6  *Advanced Micro Targeting, Inc.*

7

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10  ANDRAE RILEY, an individual;           )   Case No: 2:25-cv-02198-APG-NJK
                                           )
11              Plaintiff,                 )   **STIPULATION AND ORDER FOR**
                                           )   **DISMISSAL**
12      vs.                                )
                                           )
13  ADVANCED MICRO TARGETING,              )
    INC.; DOES 1-X; AND ROE BUSINESS       )
14  ENTITIES I through X, inclusive,       )
                                           )
15              Defendants.                )
                                           )
16  _____      )

17      IT IS HEREBY STIPULATED AND AGREED that this matter is dismissed

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 1 -

FP 60804307.1

1   with prejudice, with each party to bear their own costs and attorney's fees.

2   DATED this 23rd day of December, 2025.

3   LEON GREENBURG                          FISHER & PHILLIPS, LLP
    PROFESSIONAL CORPORATION

4

5   /s/ Ruthann Deveraux-Gonzalez           /s/ Jennifer A. Fornetti
    Leon Greenberg, Esq.                    Jennifer A. Fornetti, Esq.

6   Ruthann Deveraux-Gonzalez, Esq.         Brandon A. Born, Esq.
    1811 S. Rainbow Blvd.                    300 S. Fourth Street

7   Suite 210                                Suite 1500
                                             Las Vegas, Nevada 89101

8   -And-                                   *Attorneys for Defendant*

9

10  KEMP & KEMP, ATTORNEYS AT
    LAW

11

12  James P. Kemp, Esq.
    7435 W. Azure Drive

13  Suite 110
    Las Vegas, NV 89130

14

15

16                          IT IS SO ORDERED:

17                          _____

18                          UNITED STATES DISTRICT JUDGE

19                          Dated:_____December 28, 2025_____

20

21

22

23

24

25

26

27

28

- 2 -

FP 60804307.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101